UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRI ORFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH VALLEY HOSPITAL DISTRICT NO. 4, and<br><br>HELEN VERHASSELT,<br><br>　　　　Defendants. | NO. 2:15-cv-00207-SAB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

The parties have filed a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulated Motion for Dismissal, ECF No. 4. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 4, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice and without costs and attorneys' fees to any party.
3. Any pending motions are **dismissed as moot**.
4. All trial dates and deadlines are **stricken**.

//

//

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE ^** 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of January, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE ^ 2**